■ NATIONAL WESTMINSTER BANK USA, Appellant, v INTERNATIONAL COMPONENTS CORPORATION et al., Respondents.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on September 18, 1989, unanimously affirmed, for the reasons stated by David Edwards, Jr., J., without costs. No opinion. Concur—Ross, J. P., Rosenberger, Kassal, Ellerin and Rubin, JJ.